# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| BRITTANY WILKINS, INDIVIDUALLY AND AS NEXT FRIEND OF O.B. | § § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-1015-S-BN |
| DUNCANVILLE INDEPENDENT SCHOOL DISTRICT, et al. | § § § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's claims against Defendants will be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

SIGNED August 30, 2022.

**UNITED STATES DISTRICT JUDGE**